IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVE WILEY,

    Plaintiff,

v.                                        CIV. No. 1:15-cv-03316-LMM

CSX TRANSPORTATION, INC.,

    Defendant.

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, Steve Wiley, by and through his counsel and pursuant to Fed. R. Civ. P. 41, and hereby files this Notice of Dismissal with prejudice of this action. Each party shall bear their own attorneys' fees and costs incurred herein.

Dated this 11 day of April, 2016.

                                                HARRELL & HARRELL, P.A.

                                                /s/ James R. Holland, II
                                                James R. Holland, II, Esquire
                                                Georgia Bar No.: 279871
                                                4735 Sunbeam Road
                                                Jacksonville, Florida 32257
                                                Telephone: (904) 251-1111
                                                Facsimile: (904) 251-1110
                                                jholland@harrellandharrell.com
                                                jrheserve@harrellandharrell.com
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following via U.S. Mail and electronic mail this 11 day of April, 2016:

Jacqueline M. Holmes
Nikki L. McArthur
JONES DAY
51 Louisiana Avenue
N.W., Washington, DC 20001
jholmes@jonesday.com
nmcarthur@jonesday.com

_____
Attorney